**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6056**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

JEFFREY TARRATS, a/k/a Skip, a/k/a Ozzy,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:04-cr-00016-RAJ-JEB-7)

_____

Submitted: March 6, 2014          Decided: March 12, 2014

_____

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffrey Tarrats, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Tarrats appeals the district court's order denying his motion to correct clerical error under Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Tarrats, No. 2:04-cr-00016-RAJ-JEB-7 (E.D. Va. Dec. 23, 2013). We grant leave to proceed under the Criminal Justice Act. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED